IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THE CITY OF MARION, ARKANSAS,

       Defendant.

Civil Action No. 3:09-CV-00073 SWW

**ORDER OF DISMISSAL**

The parties report that they have complied with all requirements of the Settlement Agreement entered in this case on October 30, 2009 and move the Court to dismiss this case with prejudice. IT IS THEREFORE ORDERED that the parties' joint motion to dismiss (docket entry #20) is GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 3RD DAY OF DECEMBER, 2009.

                                    /s/Susan Webber Wright

                                    UNITED STATES DISTRICT JUDGE